# United States District Courts

WESTERN DISTRICT OF TEXAS

United States of America        **WARRANT FOR ARREST**

v.

(1) Abdul Wasi Safi

Case Number:
DR:22-M -02418(1)

**To: The United States Marshal**
   **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     (1) Abdul Wasi Safi
                                                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment    [ ] Information    [X] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

charging him or her with (brief description)

*On September 30, 2022, the defendant, Abdul Wasi SAFI, a citizen of Afghanistan, was arrested in Maverick County, Texas, within the Western District of Texas, for failure to report. SAFI was apprehended by United States Border Patrol Agents shortly after illegally wading across the Rio Grande River near Eagle Pass, Texas. SAFI had no documents that would allow him to be or remain in the United States legally. Furthermore, SAFI did not present himself for inspection at a designated border crossing point or port of entry.*

*in violation of Title*    **19**    United States Code, Section(s)    **1459(a)**

COLLIS WHITE                                               UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                                    Title of Issuing Officer

*[signature]*

                                                                 October, 11, 2022 DEL RIO, Texas
Signature of Issuing Officer                                   Date and Location

Bail Fixed at $ _____ by _____
                                                                             Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. |||
| Date Received<br>   October 11, 2022 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>   September 30, 2022 | Pena, Luis A<br>Border Patrol Agent | /s/ Pena, Luis A |