UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number: DR:22-CR-02316(1)-AM |
| | § | |
| (1) Abdul Wasi Safi | § | |

## ORDER RESETTING ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 9:00 AM, in Courtroom 4, on the Third Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on November 03, 2022.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 31st day of October, 2022

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE