# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 22-CR-02316-AM-1 |
| ABDUL WASI SAAFI | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

Defendant, Abdul Wasi Safi, through his attorneys, moves to substitute his counsel and requests the Court grant permission to Mr. Jacques L. De La Mota to withdraw and to substitute Javier N. Maldonado and Rodrigo Borja as attorneys of record for Defendant in this cause. In support of this motion, Defendant would show as follows:

1. Defendant previously retained Mr. De La Mota to represent Defendant in this cause. Defendant no longer desires to be represented by Mr. De La Mota.

2. Javier N. Maldonado and Rodrigo Borja have been retained to represent Defendant Safi in this case. Defendant approves of this substitution. This motion is not brought for delay, but to allow Defendant to be represented by counsel of his choice.

3. Mr. De La Mota does not oppose this substitution.

**WHEREFORE, PREMISES CONSIDERED**, Abdul Wasi Safi prays that this Court enter an order allowing Mr. Safi to withdraw from representing Defendant and to substitute Javier N. Maldonado and Rodrigo Borja as attorneys of record in this cause.

1

Respectfully submitted,

Law Office of Javier N. Maldonado, P.C.
8620 N. New Braunfels, Ste. 605
San Antonio, Texas 78217
Telephone 210-587-4000
Telecopier 210-8025303

ATTORNEYS FOR
DEFENDANT ABDUL WASI SAFI

By /s/ Javier N. Maldonado
    Javier N. Maldonado

I have read this motion and request that Javier N. Maldonado and Rodrigo Borja replace Mr. Jacques L. De La Mota as my attorneys.

_____      11/16/2022
Abdul Wasi Safi                      Date

CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney's Office, U.S. Courthouse, Del Rio, Texas.

                                         /s/ Javier N. Maldonado
                                         Javier N. Maldonado

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| v. | ) |
| | ) CASE NO. 22-CR-02316-AM-1 |
| ABDUL WASI SAAFI | ) |

## ORDER

On _____, came to be considered Defendant's MOTION TO SUBSTITUTE COUNSEL and this Court is of the opinion that such motion should be GRANTED and it is herby GRANTED.

It is ORDERED that Javier N. Maldonado and Rodrigo Borja shall appear as attorneys of record to represent Defendant in this proceeding. It is also ORDERED that Mr. Jacques L. De La Mota is terminated as attorney for Defendant. All orders, pleadings, and correspondence shall be served on Mr. Javier N. Maldonado and Rodrigo Borja.

So Ordered ___ day of November, 2022.

_____
United States District Judge