# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
|     PLAINTIFF § | |
| § | |
| v. § | CASE NO. 2:22-CR-02316-AM-1 |
| § | |
| ABDUL WASI SAFI § | |
|     DEFENDANT § | |

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE CHIEF JUDGE ALIA MOSES:

COMES NOW, ABDUL WASI SAFI, Defendant, by and through his attorney of record, Erica Benites Giese, and hereby requests the Court continue the current scheduling order. As grounds in support thereof, the Defendant would show the Court as follows:

1. This matter is currently set for Docket Call on January 10, 2023.

2. The Government is UNOPPOSED to this request.

3. This Motion is not made for the purpose of delay, but in the interests of justice and judicial economy. Counsel requests this continuance in order to work towards a final resolution of this case with the government.

WHEREFORE, the Defendant respectfully requests the Court continue the current scheduling order by at least thirty (30) days to a date as is consistent with the orderly dispatch of the Court's docket.

Respectfully submitted,

**JACKSON WALKER LLP**
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205
(210) 978-7700
(210) 978-7790 – Fax
egiese@jw.com

By: */s/Erica Benites Giese*
Erica Benites Giese
Texas Bar No. 24036212

**ZACHARY B. FERTITTA P.C.**

Zachary B. Fertitta (pro hac pending)
Texas Bar No. 24038896
zach@fertittalaw.net
902 Heights Blvd.
Houston, Texas 77008
(832) 312-5757

## CERTIFICATE OF CONFERENCE

On January 3, 2023, counsel for Defendant conferred with James Ward, Assistant United States Attorney, concerning his position on Defendant's Motion for Continuance and he advised that he is unopposed to this Motion.

*/s/ Erica Benites Giese*
Erica Benites Giese

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served upon counsel of record, as listed below, via the Court's ECF method on this 4th day of January, 2023.

James Ward
Assistant U.S. Attorney
United States Attorney's Office
Del Rio, Texas

ATTORNEY FOR PLAINTIFF

*/s/ Erica Benites Giese*
Erica Benites Giese

IN THE UNITED STATES DISTRICT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 2:22-CR-02316-AM-1 |
| | § | |
| ABDUL WASI SAFI | § | |

**O R D E R**

On Defendant's Motion for Continuance, the Court having considered same is of the opinion that said Motion should be:

_____   GRANTED

_____   DENIED

Signed and entered at Del Rio on_____, 2023.

_____
HONORABLE ALIA MOSES
CHIEF UNITED STATES DISTRICT
JUDGE