United States District Court
Western District of Texas
Del Rio
**Deficiency Notice**

| | |
|---|---|
| To: | Giese, Erica Benites |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, January 4, 2023 |
| Re: | 02:22-CR-02316-AM / Doc # 29 / Filed On: 01/04/2023 11:08 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Attorney is not attorney of record, therefore can not file motion to continue. This pleading will not be forwarded to Chief Judge for consideration and will be terminated.