### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
|     PLAINTIFF § | |
| § | |
| v. § | CASE NO. 2:22-CR-02316-AM-1 |
| § | |
| ABDUL WASI SAFI § | |
|     DEFENDANT § | |

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE CHIEF JUDGE ALIA MOSES:

COMES NOW, ABDUL WASI SAFI, Defendant, by and through his attorney of record, Erica Benites Giese, and hereby requests the Court continue the current scheduling order. As grounds in support thereof, the Defendant would show the Court as follows:

1. This matter is currently set for Docket Call on January 10, 2023.

2. The Government is UNOPPOSED to this request.

3. This Motion is not made for the purpose of delay, but in the interests of justice and judicial economy. Counsel requests this continuance in order to work towards a final resolution of this case with the government.

4. On January 4, 2023, I conferred with Assistant U.S. Attorney James Ward and he stated that the United States is not opposed to the instant motion.

WHEREFORE, the Defendant respectfully requests the Court continue the current scheduling order by at least thirty (30) days to a date as is consistent with the orderly dispatch of the Court's docket.

Respectfully submitted,

Law Office of Javier N. Maldonado, P.C.
8620 N. New Braunfels, Ste. 605
San Antonio, Texas 78217
Telephone 210-587-4000
Telecopier 210-8025303

ATTORNEYS FOR
DEFENDANT ABDUL WASI SAFI

By /s/ Javier N. Maldonado
      Javier N. Maldonado

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served upon counsel of record, as listed below, via the Court's ECF method on this 4th day of January, 2023.

James Ward
Assistant U.S. Attorney
United States Attorney's Office
Del Rio, Texas

ATTORNEY FOR PLAINTIFF

                                    /s/ Javier Maldonado
                                    Javier Maldonado

IN THE UNITED STATES DISTRICT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 2:22-CR-02316-AM-1 |
| ABDUL WASI SAFI | § § | |

### O R D E R

On Defendant's Motion for Continuance, the Court having considered same is of the opinion that said Motion should be:

_____ GRANTED

_____ DENIED

Signed and entered at Del Rio on _____, 2023.

_____
HONORABLE ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE