IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**
JAN 1 0 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § | Cause No. 2:22-CR-02316-AM-1 |
| ABDUL WASI SAFI, | § § § § | |
| Defendant. | | |

## ORDER

Before the Court is a Motion for Admission Pro Hac Vice for attorney Zachary B. Fertitta, who seeks to enter this action on behalf of Abdul Wasi Safi. (ECF No. 27). Mr. Fertitta is in good standing with the State Bar of Texas, has been admitted to practice in federal district court and has paid the requisite filing fee.[1] This Motion is hereby **GRANTED**.

It is **ORDERED** that Mr. Fertitta is permitted to appear before this Court pro hac vice for proceedings in this matter only. If Mr. Fertitta desires to appear in any further matters in the Western District of Texas at any point in the future, he shall promptly submit his application to be admitted to the bar of this Court in the manner set forth in the Local Rules. Finally, while representing his client in this case, Mr. Fertitta shall abide by all Local Rules for the Western District of Texas and shall be bound by said rules.

SIGNED on this 9th day of January, 2023.

ALIA MOSES
Chief United States District Judge

---

[1] *See Zachary B. Fertitta*, Find a Lawyer, State Bar of Texas, available at State Bar of Texas | Find A Lawyer | Zachary B. Fertitta, P.C. (texasbar.com).