UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § Cause No.: DR-22-CR-2316 § |
| ABDUL WASI SAFI | § § § |

FILED
JAN 2 0 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Government's Motion to Dismiss Information

TO THE HONORABLE ALIA MOSES, CHIEF UNITED STATES DISTRICT JUDGE:

Comes now the United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, in the interest of justice, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, hereby files its Motion to Dismiss the Information filed against Defendant ABDUL WASI SAFI in the above-captioned case.

WHEREFORE, PREMISES CONSIDERED, the Government respectfully prays this Court to dismiss the Information filed in DR-22-CR-2316.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By: _____
JAMES T. WARD
Assistant United States Attorney

**Certificate of Service**

I hereby certify that on January 20, 2023, a true and correct copy of the foregoing instrument was filed with the Clerk of the Court and electronic notice of such filing will be sent to the Defendant's counsel via the CM/ECF System.

JAMES T. WARD
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Cause No.: DR-22-CR-2316 |
| ABDUL WASI SAFI | § § § § | |

**Order Dismissing Information**

On this day came on to be heard the motion of the United States to dismiss the Information against ABDUL WASI SAFI in the above captioned case. Having considered same, the Government's motion is hereby GRANTED.

SIGNED and ENTERED this the _____ day of _____, 2023.

_____
THE HONORABLE ALIA MOSES
Chief United States District Judge