UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
JAN 23 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § | Cause No.: DR-22-CR-2316 |
| ABDUL WASI SAFI | § | |

## Order Dismissing Information

On this day came on to be heard the motion of the United States to dismiss the Information against ABDUL WASI SAFI in the above captioned case. Having considered same, the Government's motion is hereby GRANTED.

SIGNED and ENTERED this the 23rd day of January, 2023.

THE HONORABLE ALIA MOSES
Chief United States District Judge

U.S. MARSHALS W/TX
RECEIVED

JAN 2 4 2023

DEL RIO, TX